UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- x

ANDREW PANDIS,

                                  Plaintiff,

                      -against-

THE CITY OF NEW YORK, et al.,

                                Defendants.

-------------------------------------------------------------------------- x

**STIPULATION AND
ORDER OF DISMISSAL**

16-cv-476 (MKB) (SJB)

       **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

    1.      The above-referenced action is hereby dismissed with prejudice; and

       **[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

2.      Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York

*September 6*, 2019

BIENENFELD LAW
*Attorneys for Plaintiff*
450 Seventh Ave., Suite 1408
New York, New York 10123
212-363-7701


By: _____
   Saul Bienenfeld
   *Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants*
100 Church Street, 3rd Floor
New York, New York 10007


By: _____
   John L. Garcia
   *Assistant Corporation Counsel*


**SO ORDERED:**


_____
**HON. MARGO K. BRODIE**
**UNITED STATES DISTRICT JUDGE**

**Dated: _____, 2019**